UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHAWN JAMES ALLEN WOODALL          :
                                   :    Civil Action No. 05-1542 (FLW)
                Petitioner,        :
                                   :
        v.                         :    **ORDER ON THE MANDATE**
                                   :
FEDERAL BUREAU OF PRISONS,         :
et al.,                            :
                                   :
                Respondents.       :

IT IS on this 15th day of December, 2005,

ORDERED that pursuant to the Mandate of the United States Court of Appeals issued on December 15, 2005, vacating the District Court Order entered on July 21, 2005 and remanding the matter for further proceedings in accordance with the Judgment and Opinion of the United States Court of Appeals dated December 15, 2005, this matter is hereby REOPENED; and it is further

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED; and it is further

ORDERED that the Respondents shall make an immediate good-faith re-determination of Petitioner's eligibility for placement in a CCC, without reference to the Bureau of Prisons' 2002 policy and 2005 regulations, and report said determination to this Court no later than December 22, 2005; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the attorney for Respondents by way of electronic filing.

_____
FREDA L. WOLFSON
United States District Judge