

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*402 East State Street, Room 430*          (609) 989-2190
*Trenton, New Jersey 08608*              FAX (609) 989-2275

December 22, 2005

Honorable Freda L. Wolfson
United States District Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Post Office Box 890
Camden, New Jersey 08101

        Re: Woodall v. BOP, et al.
        Civil No. 05-1542

Dear Judge Wolfson:

    The Bureau of Prisons has acted to reconsider Mr. Woodall for a transfer for pre-release planning without regard to the regulations found unlawful.  Mr. Woodall will be sent to a CCC on January 3, 2006, approximately two weeks earlier than planned.

                CHRISTOPHER J. CHRISTIE
                UNITED STATES ATTORNEY

                S/

                Dorothy Donnelly
                Assistant Us Attorney

cc:  Ms. Mary Gibbons, Esquire
     600 Mule Road,
     16 Holiday Plaza III
     Toms River, New Jersey 08757